UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00291 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA |
| v. | ) ) | AND SENTENCING ON NOVEMBER 30, 2011 AND TO EXCLUDE TIME UNDER |
| TOM LEE CORDOVA, SR., | ) ) | THE SPEEDY TRIAL ACT |
| Defendant. | ) ) | Date: October 4, 2011<br>Time: 10:00 a.m. |
| | ) ) ) | Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the October 4, 2011 status hearing as to Mr. Cordova be vacated and that this matter be set for change of plea and sentencing on November 30, 2011 at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between September 14, 2011 and November 30, 2011 to allow time for the Court to consider the proposed plea agreement to be entered into by the defendant and the attorney for the government, and to allow time for the preparation of a Presentence Investigation Report by the United States Probation Office. Defendant agreed that the Court may review the pre-plea Presentence Investigation Report even though he has not yet pleaded guilty. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

STIP. REQ. TO SET CHANGE OF PLEA & SENTENCING ON NOVEMBER 30, 2011 & TO EXCLUDE TIME
No. CR-11-00291 SBA

1 **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on
2 November 30, 2011 at 10:00 a.m., and that time between September 14, 2011 and November 30,
3 2011 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. §
4 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by
5 the defendant and the attorney for the government.

6 **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a
7 Presentence Investigation Report.

9 DATED:_9/14/11                                    _Saundra B Armstrong_____
                                                   HON. SAUNDRA BROWN ARMSTRONG
10                                                  United States District Judge