UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR 11-00291 SBA |
|---|---|
| Plaintiff, | ) PRELIMINARY ORDER OF |
| v. | ) FORFEITURE |
| MICHAEL JOSEPH LAWRENCE, | ) |
| Defendant. | ) |

Having considered the Application for a Preliminary Order of Forfeiture filed by the United States and the defendant's guilty plea on October 21, 2011 wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

$5,600 in U.S. Currency

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

///

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS SO ORDERED this  7TH  day of  NOVEMBER  2011.

_____
SAUNDRA B. ARMSTRONG
United States District Judge