UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-11-00291 SBA |
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO SET CHANGE OF PLEA HEARING DATE ON DECEMBER 8, 2011 |
| v. | ) ) | |
| JAMES CALMA ESVER, | ) ) | Date: December 12, 2011 |
| Defendant. | ) ) | Time: 10:00 a.m. |
| | ) ) | Court: Hon. Saundra Brown Armstrong |
| | ) | |

The parties jointly requested that a change of plea hearing for this defendant be set on December 8, 2011 at 10:00 a.m.

**IT IS HEREBY ORDERED** that the above-captioned defendant is set for a change of plea hearing on December 8, 2011 at 10:00 a.m.

DATED:_12/2/11                                      _____
                                                                      HON. SAUNDRA BROWN ARMSTRONG
                                                                      United States District Court Judge

STIP. REQ. TO SET CHANGE OF PLEA ON DECEMBER 8, 2011
No. CR-11-00291 SBA