UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-11-00291 SBA |
|---|---|---|
| Plaintiff, | ) ) | ORDER GRANTING STIPULATED REQUEST TO CONTINUE CHANGE OF |
| v. | ) ) | PLEA AND SENTENCING TO FEBRUARY 1, 2012 AND TO EXCLUDE |
| TOM LEE CORDOVA, SR., | ) ) | TIME UNDER THE SPEEDY TRIAL ACT |
| Defendant. | ) ) ) ) ) ) | Date: December 14, 2011<br>Time: 10:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |

The parties jointly requested that the change of plea and sentencing hearing in this matter set for December 14, 2011 be continued to February 1, 2012 at 10:00 a.m. The parties further requested that time be excluded pursuant to the Speedy Trial Act between December 5, 2011 and February 1, 2012 for (1) effective preparation of counsel, taking into account the exercise of due diligence, and (2) for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

The parties previously submitted a proposed plea agreement for the Court's consideration. Accordingly, in order to allow time for the Court to consider the proposed plea agreement and the Pre-Plea Presentence Investigation Report ("PSR"), the parties stipulated and agreed that the time between December 5, 2011 and February 1, 2012 should be excluded

STIP. REQ. TO CONTINUE CHANGE OF PLEA & SENTENCING
TO FEBRUARY 1, 2012 & TO EXCLUDE TIME
No. CR-11-00291 SBA

pursuant to the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government. Defendant continues to agree that the Court may review the PSR even though he has not yet pleaded guilty.

Additionally, in light of the parties' need to review the PSR and prepare sentencing memoranda, the parties agreed the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties further stipulated and requested that the Court exclude time between December 5, 2011 and February 1, 2012 pursuant to the Speedy Trial Act for effective preparation of counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(1)(G) and 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that this matter is continued to February 1, 2012 at 10:00 a.m. for change of plea and sentencing, and that time between December 5, 2011 and February 1, 2012 is excluded pursuant to the Speedy Trial Act, and specifically pursuant to (1) 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government, and (2) 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel.

DATED:_12/6/11

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge