UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>HONORATO ESQUIVIAS PADILLA,<br><br>　　Defendant. | No. CR-11-00291 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE CHANGE OF PLEA AND SENTENCING TO FEBRUARY 15, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:　　January 27, 2012<br>Time:　　10:00 a.m.<br>Court:　　Hon. Saundra Brown Armstrong |

The parties requested that the change of plea and sentencing hearing in this matter set for January 27, 2012 be continued to February 15, 2012 at 10:00 a.m. The parties further requested that time be excluded pursuant to the Speedy Trial Act between January 17, 2012 and February 15, 2012 for (1) continuity of government counsel, and (2) for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government.

The parties previously submitted a proposed plea agreement for the Court's consideration. Accordingly, in order to allow time for the Court to consider the proposed plea agreement and the Pre-Plea Presentence Investigation Report ("PSR"), the parties stipulated and agreed that the time between January 17, 2012 and February 15, 2012 should be excluded pursuant to the Speedy Trial Act, and specifically pursuant to 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and

STIP. REQ. TO CONTINUE CHANGE OF PLEA & SENTENCING
TO FEBRUARY 15, 2012 & TO EXCLUDE TIME
No. CR-11-00291 SBA

the attorney for the government. Defendant continues to agree that the Court may review the PSR even though he has not yet pleaded guilty.

Additionally, in light of the unavailability of lead counsel for the United States, the parties agreed the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties further stipulated and requested that the Court exclude time between January 17, 2012 and February 15, 2012 pursuant to the Speedy Trial Act for continuity of government counsel and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Good cause appearing therefor, and pursuant to 18 U.S.C. §§ 3161(h)(1)(G) and 3161(h)(7)(A) and (B)(iv),

**IT IS HEREBY ORDERED** that this matter is continued to February 15, 2012 at 10:00 a.m. for change of plea and sentencing, and that time between January 17, 2012 and February 15, 2012 is excluded pursuant to the Speedy Trial Act, and specifically pursuant to (1) 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into by the defendant and the attorney for the government, and (2) 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for continuity of government counsel.

DATED:__1/17/12

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

STIP. REQ. TO CONTINUE CHANGE OF PLEA & SENTENCING
TO FEBRUARY 15, 2012 & TO EXCLUDE TIME
No. CR-11-00291 SBA