UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN JOSE VILLALOBOS LOPEZ,<br>    aka, "Juanito;"<br><br>    Defendant. | No. CR-11-00291 SBA<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE CHANGE OF PLEA TO FEBRUARY 23, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    January 26, 2012<br>Time:    10:00 a.m.<br>Court:   Hon. Saundra Brown Armstrong |

     The parties jointly requested that the January 26, 2012 change of plea hearing in this matter be continued to February 23, 2012 at 10:00 a.m. The parties further requested that time be excluded under the Speedy Trial Act between January 24, 2012 and February 23, 2012 to allow for continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), as defense counsel is not available on January 26, 2012 and for several dates in January and February due to court appearances in other matters outside the Northern District of California. The parties agreed the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161,

**IT IS HEREBY ORDERED** that the change of plea hearing is continued from January 26, 2012 to February 23, 2012 at 10:00 a.m., and that time between January 24, 2012 and February 23, 2012 is excluded under the Speedy Trial Act, and specifically pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED: 1/24/12

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO CONTINUE CHANGE OF PLEA TO FEBRUARY 23, 2012 & TO EXCLUDE TIME
No. CR-11-00291 SBA