Law Offices of
GEORGE C. BOISSEAU, CSB 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
REGINALD SHAUN CARTER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-11-0291-SBA |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING |
| v. | |
| REGINALD SHAUN CARTER, et al., | |
| Defendants. | |

Upon request of the defendant, REGINALD SHAUN CARTER, because his counsel is engaged in a jury trial and is unavailable for the scheduled sentencing date, and upon agreement of the government and the United States Probation Department,

The sentencing hearing now set for February 2, 2012, is hereby continued to Thursday, March 1, 2012, at 10:00 o'clock in the morning.

SO STIPULATED.

Dated: January 25, 2012

                                                            /s/
                                        GEORGE C. BOISSEAU

Attorney for Defendant
REGINALD SHAUN CARTER

STIPULATION AND ORDER

SO STIPULATED.

Dated: January 25, 2012

/s/
JAMES C. MANN
Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, the sentencing hearing now set for February 2, 2012, 2011, is hereby continued to Thursday, March 1, 2012, at 10:00 o'clock in the morning.

SO ORDERED.

Dated: 1/27/12

HON. SAUNDRA B. ARMSTRONG
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER