SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
180 Montgomery St., Suite 2350
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431

Attorneys for Defendant
    JAMES ESVER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0291 SBA |
|     Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| JAMES ESVER, | |
|     Defendant. | |

    Defendant James Esver has entered a guilty plea pursuant to a plea agreement with the government. Sentencing is now set for March 29, 2012. There has been a delay in obtaining information regarding the validity of defendant's prior misdemeanor convictions, which would affect both his sentencing range under the Sentencing Guidelines, and his eligibility for the so-called "safety value," which affects whether a mandatory minimum sentence is required under his plea. The relevant information should be available within a few weeks. That information will permit the parties and the United States Probation Office to provide this Court with more accurate information for sentencing.

    Counsel jointly request and stipulate that sentencing be continued from March 29, 2012 to April 19, 2012 at 10:00 a.m. That date is agreeable with United States Probation Officer Connie Cook.

IT IS SO STIPULATED.

DATED: February 21, 2012                    /s/
                                            James C. Mann
                                            Assistant United States Attorney


DATED: February 21, 2012                    /s/
                                            Scott A. Sugarman
                                            Attorney for JAMES ESVER

SO ORDERED.

DATE: 2/21/12                               /s/ Saundra B. Armstrong
                                            Saundra Brown Armstrong
                                            UNITED STATES DISTRICT JUDGE