UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAMON RUBIO,<br><br>    Defendant. | No. CR-11-00291 SBA<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE MATTER FOR CHANGE OF PLEA TO MARCH 22, 2012 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   February 27, 2012<br>Time:  10:00 a.m.<br>Court:  Hon. Saundra Brown Armstrong |

The parties jointly requested that the February 27, 2012 status hearing in this matter be continued to March 22, 2012 at 10:00 a.m., and that the matter be set for change of plea on that date. The parties further requested that time be excluded under the Speedy Trial Act between February 27, 2012 and March 22, 2012 to allow for continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), as defense counsel is not available on February 27, 2012. Additionally, defense counsel is unavailable during much of the first two weeks in March due to court appearances in other matters. The parties agreed the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161,

STIP. REQ. TO CONTINUE CHANGE OF PLEA TO MARCH 22, 2012 & TO EXCLUDE TIME
No. CR-11-00291 SBA

1    **IT IS HEREBY ORDERED** that the status hearing is continued from February 27, 2012
2    to March 22, 2012 at 10:00 a.m., that the matter is set for change of plea on March 22, 2012, and
3    that time between February 27, 2012 and March 22, 2012 is excluded under the Speedy Trial
4    Act, and specifically pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED:__2/27/12

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

STIP. REQ. TO CONTINUE CHANGE OF PLEA TO MARCH 22, 2012 & TO EXCLUDE TIME
No. CR-11-00291 SBA