RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile: (510) 272-0711
pollockesq@aol.com

Attorney for Defendant
MARK BRUNO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—oOo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 11-00291-SBA |
| Plaintiff, | |
| vs. | **STIPULATION AND ~~PROPOSED~~ ORDER TO RELEASE DEFENDANT MARK BRUNO FORTHWITH FROM CUSTODY** |
| MARK BRUNO, et al., | |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue Pollock, counsel for defendant Mark Bruno and Assistant United States Attorney James Mann that MARK BRUNO be released from custody at the Santa Rita Jail Infirmary FORTHWITH. This change in the conditions of his release is based on his deteriorating medical condition following his recent eight day stay at Valley Medical Hospital where he was treated for gangrene. The parties believe that defendant's deteriorating medical condition and need for immediate, acute medical care to avoid potential further amputation above his knee constitute "exceptional reasons" justifying release pursuant to 18 U.S.C. Section 3145©.

Counsel agree that Mr. Bruno's brother Richard Bruno shall be designated as his custodian to pick Mr. Bruno up from Santa Rita and transfer him to Valley Medical Hospital. He shall also be responsible for any subsequent move to a skilled nursing or rehabilitation facility.

Defense counsel will deposit all of Mr. Bruno's liquid financial assets into an attorney trust account as was created when he was previously on bond.

Date: April 16, 2012

/s/
RANDY SUE POLLOCK
Counsel for Defendant
Mark Bruno

Date: April 16, 2012

/s/
JAMES MANN
Assistant United States Attorney

SO ORDERED:
April 16, 2012

SAUNDRA B. ARMSTRONG