SCOTT A. SUGARMAN (No. 68277)
SUGARMAN & CANNON
180 Montgomery St., Suite 2350
San Francisco, CA. 94104
Telephone: (415) 362-6252
Facsimile: (415) 362-6431

Attorneys for Defendant
    JAMES ESVER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0291 SBA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| JAMES ESVER, | |
| Defendant. | |

    Defendant James Esver entered a guilty plea pursuant to a plea agreement with the government. Sentencing is now set for April 19, 2012. There was a delay in filing the Presentence Report, making it difficult to file sentencing memorandum by counsel in a timely manner.

    Counsel jointly request and stipulate that sentencing be continued from April 19, 2012 to May 4, 2012 at 10:00 a.m. That date is agreeable with United States Probation Officer Connie Cook.

    IT IS SO STIPULATED.

DATED: April 18, 2012                           /s/
                                                                                         James C. Mann
                                                                                        Assistant United States Attorney

DATED: April 18, 2012

                                              /s/
                                    Scott A. Sugarman
                                    Attorney for JAMES ESVER

SO ORDERED.

DATE: 4/18/12

                                    Saundra Brown Armstrong
                                    UNITED STATES DISTRICT JUDGE