1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone:  (510) 763-9967
   Facsimile:   (510) 272-0711
4  pollockesq@aol.com

5  Attorney for Defendant
   MARK BRUNO

UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF CALIFORNIA

–ooo–

| UNITED STATES OF AMERICA, | CR. No. 11-00291-SBA |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| MARK BRUNO, et al., | |
| Defendant | |

IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue Pollock, counsel for defendant Mark Bruno and Assistant United States Attorney James Mann that the sentencing that is presently set for May 4, 2012 be continued to July 31, 2012 at 10 a.m.  This continuance is due to Mr. Bruno's recent hospitalizations and various medical issues.

///

///

///

///

///

///

1  Probation Office Connie Cook has no objection to this continuance.

4  Date: April 16, 2012

                                                     /s/
RANDY SUE POLLOCK
MICHAEL STEPANIAN
Counsel for Defendant Mark Bruno

8  Date: April 16, 2012

                                                     /s/
JAMES MANN
Assistant United States Attorney

11 SO ORDERED:

12 April 18, 2012

                                    *Saundra B. Armstrong*
SAUNDRA B. ARMSTRONG
United States District Court Judge