UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 11-00291 SBA |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL JOSEPH LAWRENCE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On November 7, 2011, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

$5,600 in U.S. Currency

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2).

All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

IT IS SO ORDERED this 24TH day of APRIL 2012.

_____
SAUNDRA B. ARMSTRONG
United States District Judge