1  JOHN PASSANANTE  (SBN 135468)
   Attorney at Law
2  10801 National Boulevard
   West Los Angeles, California 90064
3  Telephone (310) 474-3270
   Facsimile (310) 474-4071
4  Email: jplawoffices@earthlink.net

5  Attorney for Defendant
   JUAN JOSE VILLALOBOS LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-00291 SBA |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. ) | |
| JUAN JOSE VILLALOBOS LOPEZ ) | |
| Defendant. ) | |

Sentencing is now set for June 6, 2012.  Counsel for the defendant has several other cases calendared during the month of May that are requiring much time and attention such that counsel will not be able to review the Presentence Report with my client and file the appropriate sentencing memorandum in a timely manner.

The parties request and stipulate that sentencing be reset for July 31, 2012 at 10:00 a.m.

IT IS SO STIPULATED.

DATED: April 26, 2012                                /s/
                                                    James C. Mann
                                                    Assistant United States Attorney

1

DATED: April 26, 2012                    /s/
                                         John Passanante
                                         Attorney for Defendant
                                         Juan Jose Villalobos Lopez

For good cause shown, the sentencing date set for June 6, 2012 is continued to July 31, 2012 at 10:00 a.m.

IT IS SO ORDERED.

DATED: 4/30/12                           *Saundra B Armstrong*
                                         Hon. Saundra Brown Armstrong
                                         United States District Judge

**<u>PROOF OF SERVICE</u>**

STATE OF CALIFORNIA     )
                                   ) ss.
COUNTY OF LOS ANGELES )

     I, LISA MAXEY, declare:

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 701 E. Third Street, Suite 240, Los Angeles, California 90013.

     On April 27, 2012, I caused the foregoing document described as:

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING

to be served upon the interested parties in this action via e-filing:

     James C. Mann
     Assistant United States Attorney

     I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of April, 2012, at Los Angeles, California.

                                              /s/
                                    LISA MAXEY