1  RANDY SUE POLLOCK
   Attorney at Law (CSBN 64493)
2  2831 Telegraph Avenue
   Oakland, CA 94609
3  Telephone: (510) 763-9967
   Facsimile: (510) 272-0711
4  pollockesq@aol.com

5  Attorney for Defendant
   MARK BRUNO

6

UNITED STATES DISTRICT COURT

7

NORTHERN DISTRICT OF CALIFORNIA

8

–ooo–

9

10  UNITED STATES OF AMERICA,        CR. No. 11-00291-SBA

11              Plaintiff,

12       vs.                         **STIPULATION AND ~~PROPOSED~~
                                     ORDER TO CONTINUE
13                                   SENTENCING**

14  MARK BRUNO, et al.,

15              Defendant

16  _____/

17

18       IT IS HEREBY STIPULATED AND AGREED by and between Randy Sue

19  Pollock, counsel for defendant Mark Bruno and Assistant United States Attorney James

20  Mann that the sentencing that is presently set for July 31, 2012 at 10 a.m. be continued to

21  October 9, 2012. This continuance is due to Mr. Bruno's recent hospitalizations and

22  various medical tests that he is presently undergoing.

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Probation Office Connie Cook has no objection to this continuance.

Date:   June 23, 2012                                   /s/
                                        _____
                                        RANDY SUE POLLOCK
                                        MICHAEL STEPANIAN
                                        Counsel for Defendant Mark Bruno


Date:   June 23, 2012                              /s/
                                        _____
                                        JAMES MANN
                                        Assistant United States Attorney


**SO ORDERED**:

June  26 , 2012                         _____
                                        SAUNDRA B. ARMSTRONG
                                        United States District Court Judge