Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Billie Dempsey

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0291 SBA |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING FROM JULY 10 TO SEPTEMBER |
| v. | |
| BILLIE DEMPSEY, | Date: July 10, 2012<br>Time: 10:00 a.m.<br>Court: Hon. Saundra Brown Armstrong |
| Defendant. | |

The above-captioned matter is set on July 10, 2012 at 10:00 a.m. before the Hon. Saundra Brown Armstrong for sentencing. The parties request that the Court vacate this date and reset the matter for sentencing on September 11, 2012 at 10:00 a.m.

The reason for this request is that Mr. Dempsey continues to suffer from health complications. On April 16, 2012, surgery was performed on Mr. Dempsey to address one or

Stipulation and Proposed Order to Continue
CR-11-0291 SBA

1

more hernias he was suffering from at the time. Unfortunately, his recovery from surgery has been slow. He has continued pain at the surgical site and is suffering from numbness and tingling in his leg and foot. His doctors are continuing to monitor and treat this condition and have prescribed a course of physical therapy. He was given 12 weeks of physical therapy which are scheduled to conclude by September 1st.

In addition, Mr. Dempsey was recently informed that a cyst was found on his kidney. Mr. Dempsey was told that he would need additional testing to determine the nature of the cyst. He is waiting for Kaiser to call him to set up that appointment.

Finally, Mr. Dempsey continues to suffer from incontinence and intestinal problems. His doctors so far have been unable to diagnose the problem or alleviate his symptoms. As a result, Mr. Dempsey has been referred to different specialists for treatment. Mr. Dempsey has an appointment in July for follow up on this issue.

Both parties, along with Connie Cook, the US Probation Officer assigned to this case, agree that Mr. Dempsey should be allowed to complete physical therapy and continue diagnostic testing and treatment for any kidney or intestinal issues before sentencing in this matter.

///

///

///

The parties therefore stipulate and respectfully request that the sentencing currently scheduled for July 10, 2012 be reset to September 11, 2012.

SO STIPULATED.

Dated: June 26, 2012 _____/S/_____
James Mann
Assistant United States Attorney

Dated: June 26, 2012 _____/S/_____
Camellia Baray
Attorney for Mr. Dempsey

For good cause shown, the sentencing hearing set for July 10, 2012 is continued to September 11, 2012 at 10:00 a.m.

IT IS SO ORDERED.

DATED: 7/5/12 _____
Hon. Saundra Brown Armstrong
United States District Judge

Stipulation and Proposed Order to Continue
CR-11-0291 SBA