Daniel C. Murray (IL. Car No.: 1999524) *pro hac vice*
Johnson & Bell, Ltd.
Suite 2700
33 West Monroe Street
Chicago, IL 60603
Telephone: 312-372-0770

Diana L. Weiss (CSB#121150)
Law Office of Diana L. Weiss
1563 Solano Avenue Suite 223
Berkeley, California 94707
Telephone: 510-847-1012
Facsimile: 510-525-1321

**FILED**

AUG 1 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>MARK JOSEPH BRUNO<br><br>    Defendant | Case No: CR11-00291SBA<br><br>STIPULATION RE: SUBSTITUTION OF COUNSEL; ~~PROPOSED~~ ORDER GRANTING SUBSTITUTION |

Pursuant to Local Criminal Rule 47-4, it is hereby stipulated that in the above-named proceedings, attorney Daniel C. Murray, appearing *pro hac vice*, and attorney Diana L. Weiss, serving as local counsel shall be substituted for attorneys Michael Stepanian and Randy Sue Pollock, as counsel for Mark Joseph Bruno.

SO STIPULATED.

Dated: August 8, 2012                           /S/
                                                          MARK BRUNO, DEFENDANT

Dated: August 8, 2012                           /S/
                                                          RANDY SUE POLLOCK

Dated: August 8, 2012

/S/
MICHAEL STEPANIAN

Dated: August 8, 2012

/S/
DANIEL MURRAY

Dated: August 8, 2012

/S/
DIANA L. WEISS

ORDER

Upon Stipulation, counsel Randy Sue Pollock and Michael Stepanian are substituted by Daniel C. Murray, *pro hac vice*, and Diana L. Weiss, local counsel, as attorneys for Mark Joseph Bruno.

SO ORDERED.

Dated: 8/10/12

Hon. Saundra Brown Armstrong
United States District Court Judge