1
2
3
4
5
6
7                          UNITED STATES OF AMERICA

8                     NORTHERN DISTRICT OF CALIFORNIA

9                              OAKLAND DIVISION

10   UNITED STATES OF AMERICA,              )    Case No.  CR 11-00291 SBA
                                            )
11                        Plaintiff,        )     PRELIMINARY ORDER OF
                                            )     FORFEITURE
12                   v.                      )
                                            )
13   JAMES CALMA ESVER,                      )
                                            )
14                        Defendant.         )
                                            )
15   _____      )

16          Having considered the Application for a Preliminary Order of Forfeiture filed by the United

17   States and the defendant's guilty plea on December 8, 2011, wherein the defendant admitted to the

18   forfeiture allegation, and good cause appearing,

19          IT IS HEREBY ORDERED that the following property is forfeited to the United States:

20              $10,400 in United States Currency

21          IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall

22   seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at

23   least thirty days, notice of this Order, notice of the government's intent to dispose of the property in

24   such manner as the Attorney General may direct and provide notice that any person, other than the

25   defendant, having or claiming a legal interest in the property  must file a petition with the Court and

26   serve a copy on government counsel within thirty (30) days of the final publication of notice or of

27   receipt of actual notice, whichever is earlier.

28   ///

1    IT IS FURTHER ORDERED that the government shall conduct discovery in order to identify,

2 locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal

3 Rules of Criminal Procedure.

4    IT IS FURTHER ORDERED that the government shall return $40 of the seized $10,440 to

5 the defendant, in care of his attorney, Scott Sugarman.

6    IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the Preliminary

7 Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure

8 32.2(e).

9    IT IS SO ORDERED this 22nd___ day of _ August___2012.

11    _Saundra B Armstrong_
    SAUNDRA BROWN ARMSTRONG
12    United States District Judge