1  Daniel C. Murray (IL. Car No.: 1999524) *pro hac vice*
   Johnson & Bell, Ltd.
2  Suite 2700
   33 West Monroe Street
3  Chicago, IL 60603
   Telephone:  312-372-0770
4

5  Diana L. Weiss (CSB#121150)
   Law Office of Diana L. Weiss
6  1563 Solano Avenue Suite 223
   Berkeley, California 94707
7  Telephone: 510-847-1012
   Facsimile:  510-525-1321
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND VENUE

12  UNITED STATES OF AMERICA          )  Case No: CR11-00291SBA
                                      )
13                   Plaintiff,       )  STIPULATION AND ORDER
                                      )  CONTINUING SENTENCING FROM
14  v.                                )  OCTOBER 16, 2012 TO NOVEMBER 6,
                                      )  2012
15  MARK JOSEPH BRUNO                 )
                                      )
16                   Defendant        )
    _____    )

17         The parties in the above-captioned case, through their counsel of record, hereby

18  make the request to reschedule the date of Sentencing currently scheduled for October

19  16, 2012 at 10:00 a.m. to November 6, 2012 at 10:00 a.m..

20         Counsel for defendant Mark Bruno has recently been retained in this case and is

21  in the process of acquiring documents necessary to prepare for sentencing.

22  Specifically, Mr. Bruno has significant and specific medical issues that are relevant to

23  the factors considered at sentencing.  Counsel for Mr. Bruno have requested said

24  records but have not yet received them.  Additionally, Mr. Bruno is presently undergoing

25  medical testing for issues relating to his heart which will also be relevant to the issue of

26

1  sentencing.

2      Assistant United States attorney, James Mann, the prosecutor in this matter, has

3  no objection to the requested continuance.    Moreover, Ms. Constance Cook, the

4  United States Probation Officer assigned to this matter has no objection to the

5  requested continuance.

6      Therefore the parties have mutually agreed, with this Court's approval, that the

7  Sentencing in this matter should be rescheduled to November 6, 2012, at 10:00 a.m..

8      SO STIPULATED.

9      Dated: September    , 2012

10                                          _____/s/_____
                                           JAMES MANN
11                                         Assistant United States Attorney

12
       Dated: September 10, 2012
13                                          _____/s/_____
                                           DAN MURRAY
14                                         Attorney for Defendant
                                           Mark Bruno
15
       Dated: September 10, 2012
16                                          _____*/s/*_____
                                           DIANA L. WEISS
17                                         Attorney for Defendant (local counsel)
                                           Mark Bruno
18

19                                  **ORDER**

20      GOOD CAUSE appearing, IT IS HEREBY ORDERED that the sentencing

21  currently schedule for October 16, 2012 is rescheduled to November 6, 2012 at 10:00

22  a.m.

23  Dated:_9/10/12

24  _____
       HON. SAUNDRA B. ARMSTRONG
25     SENIOR UNITED STATES DISTRICT COURT JUDGE

26

*USA v. Mark Bruno*  CR11-00291SBA
Stipulation and Proposed Order To Continue Sentencing - 2 -