Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Billie Dempsey

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00291 - SBA |
| Plaintiff, | STIPULATION AND ORDER TO AMEND SENTENCE |
| v. | |
| BILLIE DEMPSEY et al., | |
| Defendants. | |

On September 18, 2012, a sentencing hearing was held in this case and Mr. Dempsey was sentenced to imprisonment for a term of 37 months. Even though Mr. Dempsey's history of drug use was discussed at length during the hearing, counsel for Mr. Dempsey neglected to request that he receive drug treatment while in custody. Mr. Dempsey now requests that the Court make a recommendation to the Bureau of Prisons that he participate in the Bureau of Prisons Residential Drug Abuse Treatment Program during his period of incarceration.

In addition, because Mr. Dempsey's family resides in Suisun City and its surrounds, Mr. Dempsey requests that the Court recommend that he be housed at a facility in northern California.

Counsel for the defendant has contacted the US Attorney on this case, James Mann, as well as the probation officer present during the sentencing hearing, Teresa Hoffman. Neither Mr. Mann nor Ms. Hoffman opposes Mr. Dempsey's request for the Court's recommendation for participation in the drug treatment program and for housing in northern California.

SO STIPULATED.

Dated: September 20, 2011      ____/S/_____
James Mann
Assistant United States Attorney

Dated: September 20, 2011      ____/S/_____
Camellia Baray
Attorney for Mr. Dempsey

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the sentence be amended to reflect the Court's recommendations to the Bureau of Prisons that: 1) the defendant participate in the Bureau of Prisons Residential Drug Abuse Treatment Program; and 2) the defendant be housed at an institution in northern California.

IT IS SO ORDERED.

DATED:9/21/12

_Saundra B Armstrong_
SAUNDRA B. ARMSTRONG
United States District Judge