|   |   |
|---|---|
| IN THE UNITED STATES DISTRICT COURT | |
| FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| OAKLAND DIVISION | |

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CRIMINAL NO. 4:11-cr-00291-SBA-14 |
| ) | |
| Plaintiff, ) | ~~(PROPOSED)~~ **COURT ORDER** |
| vs. ) | **GRANTING STIPULATION** |
| ) | **TO CONTINUE SENTENCING** |
| RAMON RUBIO, ) | |
| ) | |
| Defendant. ) | |

Based upon the Stipulation of the parties, and good cause appearing, the Court grants the stipulated request to vacate the sentencing hearing date of October 26, 2012. It is further ordered that the matter be set for Sentencing on November 30, 2012 at 10:00 a.m..

DATED:_10/23/12

_____
Honorable Judge
U.S. District Court