| | |
|---|---|
| 1 | Diana L. Weiss (CSB#121150) |
| | Law Office of Diana L. Weiss |
| 2 | 1563 Solano Avenue Suite 223 |
| | Berkeley, California 94707 |
| 3 | Telephone: 510-847-1012 |
| | Facsimile: 510-525-1321 |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No: CR11-00291SBA |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING SENTENCING FROM |
| v. | ) | NOVEMBER 27, 2012 TO DECEMBER 14, |
| | ) | 2012 |
| MARK JOSEPH BRUNO | ) | |
| | ) | |
| Defendant | ) | |

The parties in the above-captioned case, through their counsel of record, hereby make the request to reschedule the date of Sentencing currently scheduled for November 27, 2012 at 10:00 a.m. to December 14, 2012 at 3:00 p.m..

Pro-Hac Vice Counsel for defendant Mark Bruno has recently filed a Motion to Withdraw and local counsel, Diana L. Weiss, will be remaining as attorney of record. Ms. Weiss is now solely responsible for all issues related to sentencing. Ms. Weiss will be out of district on a preplanned fully paid for vacation from November 16 through November 25, 2012 and will be unable to draft and file the necessary sentencing documents prior to the November 27, 2012 presently scheduled hearing date.

Assistant United States attorney, James Mann, the prosecutor in this matter, has no objection to the requested continuance. Moreover, Ms. Constance Cook, the United States Probation Officer assigned to this matter has no objection to the requested continuance.

*USA v. Mark Bruno* CR11-00291SBA
Stipulation and Proposed Order To Continue Sentencing

1     Therefore the parties have mutually agreed, with this Court's approval, that the

2 Sentencing in this matter should be rescheduled to December 14, 2012, at 3:00 p.m..

3     SO STIPULATED.

4     Dated: November 14, 2012

5                                                            /S/
                                                           JAMES MANN

6                                                            Assistant United States Attorney

7     Dated: November 14, 2012

8                                                          /S/
                                                          DIANA L. WEISS
                                                          Attorney for Defendant Mark Bruno

10                                                 **ORDER**

11     GOOD CAUSE appearing, IT IS HEREBY ORDERED that the sentencing

12 currently schedule for November 27, 2012 is rescheduled to December 14, 2012 at 3:00

13 p.m.

14 Dated:_11/14/12

15                                     *Saundra B Armstrong*
                                  HON. SAUNDRA B. ARMSTRONG

16                                   SENIOR UNITED STATES DISTRICT COURT JUDGE