JOHN PASSANANTE (SBN 135468)
Attorney at Law
10801 National Boulevard
West Los Angeles, California 90064
Telephone (310) 474-3270
Facsimile (310) 474-4071
Email: jplawoffices@earthlink.net

Attorney for Defendant
JUAN JOSE VILLALOBOS LOPZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-00291 SBA |
| Plaintiff, ) | [PROPOSED] ORDER GRANTING STIPULATED REQUEST TO CONTINUE SENTENCING HEARING TO DECEMBER 18, 2012 |
| v. ) | |
| JUAN JOSE VILLALOBOS LOPEZ, ) | |
| Defendant. ) | |

The parties jointly request that the November 27, 2012 sentencing hearing in this matter be continued to December 18, 2012 at 10:00 a.m. to allow the parties additional time to prepare their respective sentencing memoranda. Additionally, defense counsel needs to travel to the Northern District to review the Pre-Sentence Report with the defendant.

**IT IS HEREBY ORDERED** that the sentencing hearing is continued from November 27, 2012 to December 18, 2012 at 10:00 a.m.

Dated: __11/15/12__          _/s/ Sandra B. Armstrong_
                              HON. SAUNDRA BROWN ARMSTRONG